WILLIAM M. KUNTZ   # 153052
Attorney at Law
4780 Arlington Avenue
Riverside, CA 92504
(951) 343-3400
Fax (951) 343-4004
E-Mail: KuntzSSlaw @sbcglobal.net
Attorney for Plaintiff

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION

| | |
|---|---|
| ALFREDO GONZALEZ GONZALEZ,<br>　　　　Plaintiff,<br>　　v.<br>CAROLYN W. COLVIN, Acting Commissioner of Social Security Administration,<br>　　　　Defendant. | CASE NO.: EDCV13-1255 FFM<br><br>[~~PROPOSED~~] ORDER AWARDING EAJA FEES |

　　　Based upon the parties' Stipulation for Award and Payment of Equal Access to Justice Act Fees,

　　　**IT IS ORDERED** that Plaintiff shall be awarded attorney fees under the Equal Access to Justice Act, in the amount of TWO THOUSAND ONE HUNDRED THIRTY-FIVE DOLLARS and 86/cents ($2,135.86), as authorized by 28 U.S.C. § 2412 (d), and subject to the terms and conditions of the Stipulation.

DATED: May 2, 2014

　　　　　　　　　　/S/ FREDERICK F. MUMM
　　　　　　　　　　FREDERICK F. MUMM
　　　　　　　　　　United States Magistrate Judge